UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDREW HARBUT, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MONAVIE, INC.; MONAVIE LLC; and JUICEY ACAI, LLC,<br><br>Defendants. | CASE NO. EDCV12-1983 TJH (OPx)<br><br>[*Assigned for all Purposes to: The Hon. Terry J. Hatter – Dept 17*]<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION AND PROTECTIVE ORDER**<br><br>Action Filed: November 13, 2012 |

LEWIS
BRISBOIS

4822-3371-3688.1

[PROPOSED] ORDER

WHEREAS, the Parties have filed a Stipulation and [Proposed] Protective Order (the "Protective Order") and have requested the Court to approve and enter the Protected Order as an order of this Court. For good cause shown, **IT IS HEREBY ORDERED THAT:**

The Protective Order is hereby approved and entered as an order of this Court. Any underseal filings shall comply with Local Rule 79.5 OP

**IT IS SO ORDERED.**

Dated: February 21, 2014      _____
Honorable Oswald Parada
United States Magistrate Judge